IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01827-WYD-MEH

ROBERT HILLS,

    Plaintiff,

v.

UNITED STATES,
MR. SMITH, Asst. Health Admin., in his official and individual capacity,
DR. DAVID ALLRED, in his official and individual capacity,
NONA GLADBACH, PA, in her official and individual capacity, and
DR. DANIEL SVERN, in his official and individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 13, 2009.**

    Plaintiff's Motion to "Add" [sic] Clarification to new Amended Complaint, on "D" Cause of Action, Claim One and Two Needs Clairification [sic] [filed October 8, 2009; docket #33] is **granted**. The Court accepts the two minor clarifications to Plaintiff's Amended Complaint at docket #25.