IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01827-WYD-MEH

ROBERT HILLS,

    Plaintiff,

v.

UNITED STATES,
MR. SMITH, Asst. Health Admin., in his official and individual capacity,
DR. DAVID ALLRED, in his official and individual capacity,
NONA GLADBACH, PA, in her official and individual capacity, and
DR. DANIEL SVERN, in his official and individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 20, 2009.**

    Plaintiff's Motion for Subpeana [sic] Power of Records Paper and Electronic Files [filed October 19, 2009; docket #49], Motion Requesting Appointment of Counsel [filed October 19, 2009; docket #50], Plaintiff's Motion for "Subpeana Power" [sic] to have Produced Medical Records [filed October 19, 2009; docket #51], and Plaintiff's Motion Seeking to have Evidence and Exhibits "Entered" onto the Record of Court [filed October 19, 2009; docket #52] are **DENIED AS DUPLICATIVE**. The Court addressed the original motions in its order issued October 19, 2009 at Docket #48.

    The Court again emphasizes that any inundation of excessive or unnecessary filings will not be tolerated and may be stricken. Excessive or unnecessary filings include re-filing copies of motions already submitted to the Court.