IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01827-WYD-MEH

ROBERT HILLS,

      Plaintiff,

v.

UNITED STATES,
MR. SMITH, Asst. Health Admin., in his official and individual capacity,
DR. DAVID ALLRED, in his official and individual capacity,
NONA GLADBACH, PA, in her official and individual capacity, and
DR. DANIEL SVERN, in his official and individual capacity,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 24, 2009.**

      Plaintiff's "General Motion" [November 19, 2009; docket #74] is **granted** only to the extent it requests the Court to consider Plaintiff's reply [filed November 16, 2009; docket #64] in the adjudication of the pending motions for a temporary restraining order. (Dockets ##24, 39.)