IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01827-WYD-MEH

ROBERT HILLS,

    Plaintiff,

v.

UNITED STATES;
MR. SMITH, Asst. Health Admin., official, individual capacities;
MR. DAVID ALLRED, Medical, official, individual capacities;
DR. DANIEL SVERN, Psychiatrist/Medical, official, individual capacities; and
NONA GLADBACH, P.A., official, individual capacities,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss or Drop Complaint Without Prejudice, filed November 25, 2009 [#83]. Upon review of the motion and the file herein, I find that the motion should be **GRANTED** and that this case should be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(A)(1).

Dated: December 2, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge